# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Michael A. Schlegel,

        Plaintiff,

v.

M. Rios,

        Defendant.

Case No. 19-cv-338 (SRN/ECW)

**ORDER**

---

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 17, 2019[1], all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Petitioner Schlegel's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Petitioner Schlegel's Motion to Amend [Doc. No. 4] is **DENIED AS MOOT**.

3. Petitioner Schlegel's Motion for Interim Conditional Release [Doc. No. 5] is **DENIED**.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 29, 2019

        s/Susan Richard Nelson
        SUSAN RICHARD NELSON
        United States District Judge

---

[1] The magistrate judge signed the Report and Recommendation on June 17, 2019, however, it was not docketed until June 18, 2019.